UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-21842-JLK

MARK HORNE,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

**ORDER ON THE MANDATE**

**THIS CAUSE** comes before the Court upon the Opinion of the United States Court of Appeals for the Eleventh Circuit in the above-styled case, entered June 29, 2018, and the Mandate (D.E. 67), entered August 22, 2018. Therein, the Eleventh Circuit affirmed the Court's grant of summary judgment with respect to the failure to maintain claim, but reversed with respect to the claim of duty to warn and remanded the matter for proceedings not inconsistent with its opinion.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. The June 29, 2018 Opinion of the Eleventh Circuit is **ADOPTED** and made an Order of this Court;

2. The Court's Final Summary Judgment Order **(D.E. 59)** is hereby **VACATED**;

3. Defendant's Motion for Summary Judgment **(D.E. 33)** is **GRANTED IN PART and DENIED IN PART**; and

4. The parties shall advise the Court, within twenty days hereof, of the time that they need to prepare for trial and the approximate two-week calendar of this division that they would prefer to have the case scheduled for trial.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 24th day of August, 2018.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All counsel of record